UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20478-CR-COOKE

UNITED STATES OF AMERICA

v.

ROBERTO MENDEZ -HURTADO,

Defendant.

_____/

FILED by RAL D.C.

NOV 2 5 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## FACTUAL PROFFER

If this case were called to trial, the United States would call a DEA cooperating pilot, A.A. who took pictures, recorded text messages, and attended meetings with Roberto Mendez-Hurtado, hereinafter the defendant, as set forth below. The United States would also call as witnesses convicted co-conspirators, Alvaro Nino-Bonilla, Eduardo Enrique Diaz and Denise Del Carmen Sosa-Ventura who would explain their participation in the charged conspiracy as members of Roberto Mendez-Hurtado's drug trafficking organization.

In March 2010, pilot A.A. met with the defendant in Antigua. At this meeting the defendant asked pilot A.A. to purchase a plane to be used to smuggle drugs from Venezuela through the Caribbean to the United States.

Pilot A.A., at DEA's direction, told Roberto Mendez-Hurtado that he had reservations about flying cocaine out of Venezuela. In a recorded telephone conversation of April 8, 2010, Nino-Bonilla telephoned Pilot A.A. and discussed A.A.'s participation in the drug organization operated by Roberto Mendez-Hurtado. On April 12, 2010, Roberto Mendez-Hurtado wired Pilot A.A. $3,000 by Western Union to a Publix Supermarket in Miami, as expense money for Pilot A.A. to fly to Antigua. On April 14 and 15, Pilot A.A. met with the defendant in Antigua.

These meetings were physically surveilled by law enforcement agents. Roberto Mendez-Hurtado told Pilot A.A. that he wanted to purchase a Cessna 404 Titan Aircraft that would cost approximately $400,000. Roberto Mendez-Hurtado added that he wanted extra fuel tanks and that he wanted Pilot A.A. to purchase the aircraft and maintain it. The defendant discussed details of the drug smuggling operation and also requested Pilot A.A. to purchase two (2) meter radios to be used for communication with land and sea based offload crews. Roberto Mendez-Hurtado provided the names and addresses of his employees who were to pick up and deliver the radios in Antigua and St. Thomas Virgin Islands.

On May 4, 2010, as previously discussed with Roberto Mendez-Hurtado, money for the purchase of the airplane to pick up, transport and deliver cocaine, began to be sent to Pilot A.A.

Between May 4, 2010 and June 17, 2010, members of Roberto Mendez-Hurtado drug trafficking organization made surreptitious deliveries of $476,000 in cash to pilot A.A. at sites in Puerto Rico, New York and Miami for the purchase of the drug plane.

On June 16, 2010, DEA purchased the aircraft with the funds provided by Roberto Mendez-Hurtado for $380,000. The purchase was from a legitimate aircraft dealer and the purchase was made by a DEA undercover company. Roberto Mendez-Hurtado provided Pilot A.A. with $476,000. The funds beyond the $380,000 sale price were for the purchase of two(2) meter radios, the purchase and installation of additional fuel tanks and changes made to the aircraft to make it better suited for narcotics deliveries.

On July 4, 2010, police in the British Virgin Islands conducted the search of a residence in the British Virgin Islands used by Eduardo Enrique Diaz and Denise del Carmen Sosa-Ventura. Seized at this residence were three (3) laptop computers, twenty-nine (29) cellular telephones,

$37,328 in cash and false Venezuelan passports. Both Diaz and Sosa-Ventura have plead guilty to offenses in the British Virgin Islands.

Diaz would testify that he began working for Roberto Mendez-Hurtado in the summer of 2006 picking up, delivering and counting narcotics money. In 2009, Roberto Mendez-Hurtado told Diaz that he was having problems with money missing in Tortola, the British Virgin Islands. Diaz traveled with Roberto Mendez-Hurtado to the British Virgin Islands and was put in charge of overseeing the operations of defendant, Earl Delville Hodge, a/k/a "Bob Hodge," who ran the cocaine pickup operation in waters off the British Virgin Islands and was responsible for its delivery and distribution thereafter. Diaz traveled to Apure, Venezuela where he observed members of the FARC loading cocaine onto airplanes at a clandestine airstrip on behalf of Roberto Mendez-Hurtado. Diaz provided an individual known only to Diaz as "Flaco" with $25,000 in cash at the clandestine airstrip in Apure, Venezuela on behalf of Roberto Mendez-Hurtado.

Denise del Carmen Sosa-Ventura would testify that she was the defendant bookkeeper. Sosa Ventura was given Roberto Mendez-Hurtado's notebooks containing emails, phone numbers, addresses and Blackberry identification information including pin numbers. They discussed each persons role in Roberto Mendez-Hurtado's drug organization and what percentage of each load they earned. Sosa-Ventura was taught to enter all information from Roberto Mendez-Hurtado's cocaine loads including number of kilos, percentages of workers, and expenses into a Microsoft Excel spreadsheet. During the time Sosa-Ventura worked for Roberto Mendez-Hurtado, she recorded three (3) airdrop operations. The first was on May 29, 2010 for 340 kilograms and was supposed to be picked up by Bob Hodge in the British Virgin Islands and moved to Puerto Rico.

3

Sosa-Ventura will testify that Hodge was to keep a percentage of the cocaine and forward the rest to Puerto Rico. Sosa-Ventura will testify that a man known as "Flaco" called from Venezuela to tell her that the plane left Venezuela.

Sosa-Ventura will testify that all of Roberto Mendez-Hurtado's drug proceeds would be flown back to Venezuela. The pilots would not fly to Venezuela unless the shipment contained at least three (3) million dollars. Roberto Mendez-Hurtado would pay $50,000 in U.S. currency to FARC guerillas to be allowed to bring cocaine over the border from Colombia to Venezuela.

The second airdrop recorded by Sosa-Ventura was on May 31, 2010 for 340 kilograms picked up by Bob Hodge.

The third airdrop recorded by Sosa-Ventura was on June 10, 2010. Roberto Mendez-Hurtado did not have enough money to pay for a full plane load so he borrowed kilograms from another dealer in Venezuela to make up the full load. This load contained 360 kilograms. The plane flew at the wrong altitude and 120 kilograms were lost at sea. This cocaine was destined for an individual in Puerto Rico.

Among the ledgers kept by Sosa-Ventura was an entry on page 87 with an account number for, the DEA undercover company buying the plane for Pilot A.A.

On September 23, 2010, Pilot A.A. flew the aircraft purchased with money from Roberto Mendez-Hurtado bearing a U.S. registration number to St. Thomas, Virgin Islands in preparation for the upcoming cocaine transportation. This unregistered plane was equipped by DEA with a G.P.S. which tracked each step of Pilot A.A.'s journey and documents each stop of the aircraft. On the evening of September 27, 2010, Pilot A.A. and a cooperating co-pilot flew from St. Thomas, Virgin Islands to Apure, Venezuela. They landed on a clandestine airstrip where they

were met by Nino-Bonilla and the mechanic. Pilot A.A. surreptitiously photographed the airstrip with his telephone. With the mechanic on board, Pilot A.A. repositioned and concealed the aircraft. Pilot A.A. and the co-pilot were then taken several hours away to the FARC military encampment. Again, Pilot A.A. managed a couple of telephone photos of the FARC Camp. The FARC painted over the U.S. registration numbers. The FARC then loaded the airplane with cocaine. Pilot A.A. managed to take telephone photos of cocaine being loaded on the airplane. On September 28, 2010, Pilot A.A., the co-pilot and a "kicker," a non-cooperating trafficker put on the plane in Apure, Venezuela, flew the load of cocaine to the designated coordinates in the British Virgin Islands,. 261 kilograms of cocaine were secreted on Norman Island, 6 miles from the United States coast, that cocaine was seized by law enforcement. Pilot A.A. believed that he dropped 720 kilograms of cocaine but did not count the bales or weight the cocaine. No evidence of any other cocaine was found on boats or in the water. Pilot A.A. and the co-pilot can identify the packing including yellow reflective material on the bales dropped from the plane.

Roberto Mendez-Hurtado and Nino-Bonilla held the boat crews responsible for the loss of cocaine. Someone on the ground ordered a change in coordinates at the last minute. Pilot A.A. remained in good standing with Roberto Mendez-Hurtado and Nino-Bonilla.

On January 18, 2011, Roberto Mendez-Hurtado had $3,000 deposited into an account in Miami for Pilot A.A. to fly to Guatemala to examine landing strips to land planes carrying cocaine. On January 20, 2011, Pilot A.A. flew from Miami to Relahuleu, Guatemala where he met unidentified Guatemalans. These three claimed the part of a Mexican drug trafficking organization who were to receive the drops in Guatemala from Apure, Venezuela by Pilot A.A. Photos were taken on Pilot A.A.'s phone.

On March 26, 2011, Pilot A.A. received a communication from Nino-Bonilla that $2,000 would be sent in two (2) wire transfers by Western Union to Pilot A.A. to pay for travel to Honduras to view more clandestine airstrips to land cocaine planes. Pilot A.A. then received two (2) wirte transfers for $1,695.49 and traveled to Honduras on March 29, 2011. Pilot A.A. examined thirteen (13) clandestine airstrips in Honduras. ~~Pilot A.A. was housed at a house in Honduras where, after Pilot A.A. left, local police conducted a consent search and recovered $75,000 in cash.~~ [handwritten initials and date 11/20/13]

Roberto Mendez-Hurtado and Nino-Bonilla continued discussions with Pilot A.A. about drug flights from Apure, Venezuela to Honduras. Roberto Mendez-Hurtado and Nino-Bonilla wanted to buy a second drug plane. On May 18, 2011, Roberto Mendez-Hurtado and Nino-Bonilla arranged for the delivery in Little Neck, New York of $45,800 as partial payment towards a new aircraft, balance owed from the previous airdrops and funds for the next airdrops.

The defendant was arrested in Ecuador in August 2011.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 11/20/13    By: [signature]
                      RICHARD D. GREGORIE
                      ASSISTANT UNITED STATES ATTORNEY

Date: 11/20/13    By: [signature]
                      JOAQUIN PEREZ
                      ATTORNEY FOR DEFENDANT

Date: 11/20/13    By: [signature]
                      ROBERTO MENDEZ-HURTADO
                      DEFENDANT