UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1: 14- 20478-CR-COOKE

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

vs.

**ROBERTO MENDEZ-HURTADO,**

    *Defendant.*

_____

### EMERGENCY UNNOPOSED MOTION TO CONTINUE SENTENCEING

    Defendant Roberto Mendez Hurtado, moves this court for the entry of an Order continuing sentencing currently scheduled for Wednesday, May 28, 2014. In support thereof Defendant would show:

1.    Pursuant to a Plea and Cooperating Agreement, Defendant pled guilty to case 1:11cr-20478 on November 20, 2013.

2.    As part of the Agreement, Defendant was to enter a guilty plea in Case #1:14-cr-20042 and 1:14-cr-20075. Pursuant to Fed.R.Crim. P. 20 these cases had been transferred out of the Districts of Puerto Rico and Massachusetts.

3.    Pursuant to Fed.r.Crim.P. 11(a) (1) Defendant would be entering a guilty plea to the transferred cases and be sentenced on all three cases on May 28, 2014.

4.      As part of the agreement, the Government agreed to recommend that the sentences in all three (3) cases be imposed concurrent with each other.  The government also agreed to advise the Court of Defendant's cooperation under U.S.S.G 5K1.1.

5.      On Thursday, May 22, 2014 at 6:00 pm, the Probation Department filed an Addendum to the PSI which significantly impacted the guideline calculation in the case.  The delay in this submission was partially due to AUSA Richard Gregorie's involvement in United States v. Robaina, a three (3) week trial that prevented him from submitting the information requested in the Rule 20 cases.

6.      Upon completion of the trial, AUSA Richard Gregorie went on leave for two weeks to attend to family related matters.  Upon his return, he fell ill and has been bed ridden since May 21, 2014.  According to Mr. Gregorie, he would not be able to return to work until at least May, 27, 2014.

7.      Upon his return, Mr. Gregorie does not believe he would be able to deal with the guideline issues raised by the Probation Department, as well as to obtain approval for the filing of a 5K1.1 Motion.

8.      For all the above reasons, with the concurrence of the Probation Department, the parties hereto are requesting a postponement of a period of no less than four (4) weeks, preferably sometime in July 2014.

9.     Since the hearing in this matter requires taking the Rule 11 guilty pleas in the Puerto Rico and Massachusetts cases as well as the sentencing in all three (3) cases, the parties are asking the Court to set aside one (1) hour for the sentencing,

   WHEREFORE, Defendant prays for the entry of an Order continuing the Rule 11 please and sentencing in this cause until July 2014.  Defendant further prays for the court to set aside one (1) hour for the hearing in this case,

Respectfully submitted,

  */s/ Joaquin Perez*
 JOAQUIN PEREZ, ESQ.
 Counsel for Defendant
 6780 Coral Way
 Miami, Florida 33155
 Tel: (305) 261-4000
 Fax: (305) 662-4067
 Fl. Bar No.: 335339
 jplaw1@bellsouth.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of February, 2014 a true and correct copy of the foregoing was electronically filed with the Clerk of The Court of the Southern District by using the CM/ECF system and with the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132 using the same system

By  */s/ Joaquin Perez*
Joaquin Perez, Esq.